# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**JENNIFER KAMRASS,**

      Plaintiff,

      vs.

Case No. 2:22-cv-02100-JWB-ADM

**ADVENTIST HEALTH
SYSTEM/SUNBELT, INC. d/b/a
ADVENTHEALTH CENTRA CARE,**

      Defendant.

## NOTICE OF INTENT TO SERVE SUBPOENAS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Adventist Health

System/Sunbelt, Inc. d/b/a AdventHealth Centra Care, hereby notifies the Court and all counsel of

record that it intends to serve subpoenas in the form of the attached to the following:

      Anne Graham/The Path Forward, LLC
      8826 Santa Fe Drive, Suite 210
      Overland Park, KS 66212

      TalkSpace
      2578 Broadway, #607
      New York, NY  10025

Service of these subpoenas will be attempted on or after October 26, 2022.

Respectfully submitted,


/s/ Robert A. Sheffield
Robert A. Sheffield, KS #25732
Direct: 816.627.4432
E-Fax: 816.817.1622
rsheffield@littler.com
Dylan Long, KS #27539
Direct: 816.627.4404
E-Fax: 816.817.5316
dlong@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, a true and correct copy of the foregoing was served via the Court's e-filing system, which generated notice of same to the following counsel of record:

Peter K. Andreone
Dan Saathoff
KENNYHERTZ PERRY, LLC
2000 Shawnee Mission Pkwy, Suite 210
Mission Woods, KS  66205
peter@kennyhertzperry.com
danny@kennyhertzperry.com

ATTORNEYS FOR PLAINTIFF


/s/ Robert A. Sheffield
ATTORNEY FOR DEFENDANT

2