## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JENNIFER KAMRASS,                              )
                                               )
                Plaintiff,                     )
                                               )
v.                                             )         Case No. 2:22-cv-02100-JWB-ADM
                                               )
ADVENTIST HEALTH SYSTEM/SUNBELT, INC.          )
d/b/a ADVENTHEALTH CENTRA CARE,                )
                                               )
                Defendant.                     )
_____)

## NON-PARTY ANNE GRAHAM'S RESPONSE TO
## DEFENDANT'S SUBPOENA TO PRODUCE DOCUMENTS

### Preliminary Statement

Non-party Anne Graham is a Kansas Licensed Marriage And Family Therapist who provided care for plaintiff Jennifer Kamrass in June of 2021. There was one telemed session and, after that, Graham and Kamrass exchanged text messages. Graham performed her professional services pursuant to a contract with an online therapy company called TalkSpace. TalkSpace assigned Kamrass to Graham. All of Graham's notes and records for TalkSpace clients such as plaintiff Kamrass were kept on a laptop computer which TalkSpace provided to Graham. The computer was set up to prohibit the downloading, transfer or printing of client records, emails and all other documentation associated with my work for and association with TalkSpace.

Over time, the relationship between Graham and TalkSpace soured and was terminated. TalkSpace blocked Graham's access to all data and records on Graham's computer and required Graham to return the computer to TalkSpace. It is for this reason that Graham has almost none of the records requested pursuant to the subject subpoena (attached).

Plaintiff has designated Graham as a non-retained expert in this case.

## Responses

1.   All documents in your possession, custody, or control relating to your employment or contractual relationship with TalkSpace.

     **Response:** With the possible exception of the original contract and revised contract between me and TalkSpace, I have no such documents. I have searched for the contracts and not found them. If they are located, this response will be supplemented.

2.   All contracts or agreements signed by you relating to your employment or contractual relationship with TalkSpace, including employment agreements, provider agreements, independent contractor agreements, or non-compete and non-solicitation agreements.

     **Response:** See my response to request No. 1.

3.   All disciplinary documents of any kind issued to you by TalkSpace.

     **Response:** I was never provided any disciplinary documents by TalkSpace.

4.   All performance evaluations of any kind issued to you by TalkSpace.

     **Response:** I no longer have possession of any such documents. See the Preliminary Statement above.

5.   All documents that record or refer to written or oral complaints of any kind made about you by any patient or client of yours, or by any TalkSpace employee, including about your services, licensure, conduct, employment, or any other issue.

     **Response:** TalkSpace filed a complaint against me with the Kansas Behavioral Sciences Regulatory Board. I corresponded with the BSRB. Ultimately, the BSRB dismissed TalkSpace's complaint. I have searched for the complaint, but not found it. If it can located, this response will be supplemented. The correspondence I have is produced herewith. There are no other complaints.

6.   All documents that record or refer to written or oral complaints of any kind made about you with any state or local government agency including, but not limited to, a complaint filed on or around Fall of 2021 with the Kansas Behavioral Sciences Regulatory Board.

     **Response:** See my response to request No. 5.

7.  All correspondence between you and the Kansas Behavioral Sciences Regulatory Board.

    **Response:**  See my response to request No. 5.

8.  All TalkSpace policies or other documents regarding TalkSpace providers' ability to provide therapy services to TalkSpace patients or clients after their TalkSpace sessions or plan expires.

    **Response:**  I have no such documents.  See the Preliminary Statement above.

9.  All documents that refer, record, or relate to the termination or separation of your employment or contractual relationship with TalkSpace.

    **Response:**  The only such document that I may have is the resignation letter I prepared. I have searched for it but not located it. If it is found, this response will be supplemented.

10. All correspondence between you and TalkSpace, including any offer letters, termination letters, resignation letters, email, or correspondence of any kind with TalkSpace.

    **Response:**  See the licensing disclosure and introduction to client produced herewith.

Scott J. Gunderson, SC#10308
NELSON, GUNDERSON & LACEY
1861 N. Rock Road, Ste. 211
Wichita, Kansas  67206
Telephone: (316) 618-3800
Facsimile: (316) 618-3900
E-mail: sjg@nelsongunderson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November, 2022, a true and correct copy of the above and foregoing was filed with the clerk of court by using the Court's electronic filing system, which will send a notice of electronic filing to counsel of record.

/s/Scott J. Gunderson

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of Kansas

| | | |
|---|---|---|
| JENNIFER KAMRASS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-02100-JWB-ADM |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC. d/b/a ADVENTHEALTH CENTRA CARE | ) ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Anne Graham, MS, LMFT/The Path Forward, LLC
8826 Santa Fe Drive, Suite 210, Overland Park, KS 66212

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Please see attached Exhibit A

| Place: Littler Mendelson, P.C.<br>1201 Walnut Street, Suite 1450<br>Kansas City, MO 64106 | Date and Time:<br><br>11/09/2022 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/26/2022

| CLERK OF COURT | | |
|---|---|---|
| | OR | /s/ Robert Sheffield |
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*

Adventist Health System/Sunbelt, Inc. d/b/a AdventHealth Centra Care , who issues or requests this subpoena, are:

Robert Sheffield Littler Mendelson, P.C. 1201 Walnut Street, Suite 1450 Kansas City, MO 64106 816.627.4400

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## EXHIBIT A

Adventist Health System/Sunbelt, Inc. d/b/a AdventHealth Centra Care through its attorney, Robert Sheffield, hereby requests that you produce at the time and place specified in the Subpoena attached hereto the documents described below.

### Definitions

"Record" means all written or graphic communications and all written or graphic matter of every kind and description, however produced or reproduced, whether draft or final, original or reproduction, hard copy or electronic/digital form, including, but not limited to, letters, correspondence, memoranda, minutes, notes, films, recordings of any type, transcripts, reports, lab results, data compilations, computerized records, contracts, computer tapes, cards and printouts, memoranda of telephone conversations, personal conversations or meetings, diaries, desk calendars, circulars, pamphlets, statements, manuals, drawings, diagrams, notices, maps, studies, statistics, telexes, telegrams, interoffice or intra-office communications or minutes of meetings.

### Documents

You are hereby commanded to produce and permit inspection and copying of the following documents:

1. All documents in your possession, custody, or control relating to your employment or contractual relationship with TalkSpace.

2. All contracts or agreements signed by you relating to your employment or contractual relationship with TalkSpace, including employment agreements, provider agreements, independent contractor agreements, or non-compete and non-solicitation agreements.

3. All disciplinary documents of any kind issued to you by TalkSpace.

4. All performance evaluations of any kind issued to you by TalkSpace.

5. All documents that record or refer to written or oral complaints of any kind made about you by any patient or client of yours, or by any TalkSpace employee, including about your services, licensure, conduct, employment, or any other issue.

6. All documents that record or refer to written or oral complaints of any kind made about you with any state or local government agency including, but not limited to, a complaint filed in or around Fall of 2021 with the Kansas Behavioral Sciences Regulatory Board.

7. All correspondence between you and the Kansas Behavioral Sciences Regulatory Board.

8. All TalkSpace policies or other documents regarding TalkSpace providers' ability to provide therapy services to TalkSpace patients or clients after their TalkSpace sessions or plan expires.

9. All documents that refer, record, or relate to the termination or separation of your employment or contractual relationship with TalkSpace.

10. All correspondence between you and TalkSpace, including any offer letters, termination letters, resignation letters, emails, or correspondence of any kind with TalkSpace